*Original Copy*

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Zackary L. Riley, #251832,
Full name and prison number
of plaintiff(s)

v.

Warden Rowell,
In his individual
and official Capacity,

Defendant.

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

RECEIVED
2007 SEP -7 A 9: 39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

CIVIL ACTION NO.:
(To be supplied by the clerk
of U.S. District Court)

Jury Trial Demand

2:07cv804-MHT

I. PREVIOUS LAWSUITS
  A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES( )  NO(✓)

  B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES( )  NO(✓)

  C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

     1. Parties to this previous lawsuit:

        Plaintiff(s) _____N/A_____

        Defendant(s) _____N/A_____

     2. Court (if federal court, name the district; if state court, name the county) _____N/A_____

4

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Donaldson Corr. Fac., 100 Warrior Lane, Bess. Al. 35023_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Kilby Corr. Fac., P.O. Box 125 Mt. Meigs, Al. 36057._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                ADDRESS

1. _Warden Rowell, Kilby Corr. Fac.,_
2. _P.O. Box 125 Mt. Meigs, Al. 36057._
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _4-11-07 Thru 7-2-07._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

_Preliminary Statement: This is a civil rights action filed by_

5

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Zackary L. Riley, a State prisoner, for damages, injunctive and declaratory relief under 42 U.S.C. § 1983 alleging deliberate indifference to living conditions, health and safety, in violation of the Eighth and Fourteenth Amend. to the U.S. Const.;

SUPPORTING FACTS:

(A.) Deliberate Indifference To Serious Medical Needs - Denial Of Procedural Due Process Of Law:

1. On or around 4-11-07 at the Kilby Corr. Fac., defendant Rowell allowed the mental health status Plaintiff to be placed in the intensive psychiatric stabilization unit and admitted into the unit for treatment, which failed to place Plaintiff on written notice of the placement and denied written statement for the reasons of the placement, and denied a hearing to testify, cross examine any State's witness, present documentary evidence and written objections, which denied Plaintiff his right-liberty interest entitlement to be free of placement into the mental health unit for treatment, without Due Process Of Law, without

-6-

due process of law, done willfully and intentionally.

2. On or around 4-25-07 defendant Rowell willfully and intentionally breached his duty imposed by law to provide the Plaintiff adequate services and placement capable of meeting his serious medical needs, instead, Plaintiff was placed in the general population, J-dorm and denied access to the mental health unit or dorm.

3. On or around 5-2-07 ~~date~~ defendant Rowell willfully and intentionally continued to deny Plaintiff access to a mental health unit and/or dorm and Plaintiff was placed in Administrative status and area, and denied a separate area, capable of meeting Plaintiff's psychiatric needs.

4. On or around 5-16-07 Plaintiff was again admitted into Kilby's intensive psychiatric unit for treatment and defendant Rowell willfully and intentionally continued to deny Plaintiff written notice and written statement of the reasons

7.

for the placement and denied a hearing to object to the placement, because Plaintiff was involuntarily admitted into the in-patient unit on both said times, mental health intensive psychiatric stabilization unit.

5. Defendant Rowell willfully and intentionally breached his duty to provide Plaintiff adequate medical care, and services, which made Plaintiff's psychiatric condition worse, deriving fear, mental anguish, emotional distress and misery, unnecessary and wanton infliction of pain and suffering.

6. On or around 4-13-07, 5-6-07 and 6-10-07 Plaintiff notified defendant Rowell by written letter complaint minus any response.

VI. (Con't. From Page 10).
   Relief:
(A) Injunctive and declaratory judgment ~~preventing the placement of Plaintiff in the~~

8.

prohibiting the placement of Plaintiff in the Kilby general population and segregation; (B.) Award Plaintiff Seven hundred fifty thousand dollars compensatory damages ($750,000) from the defendant; (B.) Award Plaintiff One Million dollars punitive damages ($1,000,000) from the defendant; (C.) Defendant to pay cost of this suit; (D.) Such other ends of justice the Court deems equitable.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

[See: Attached Page 8]

Zackary L. Riley, #251832
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  8-24-07 .
(Date)

Zackary L. Riley, #251832
Signature of plaintiff(s)

10.



Zachary L. Riley, #251832,
Unit E-5, Donaldson Corr.
Fac., 100 Warrior Lane
Bess, AL. 35023.

To: The Office of the Clerk,
U.S. District Court,
P.O. Box 711, Mont. Al.
36101-0711