AO 240 (REV. 10/03)

# UNITED STATES DISTRICT COURT

Middle District of RECEIVED Alabama

Zackary L. Riley, #251832,

Plaintiff,

2007 SEP -7 P 12: 02

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

Warden Rowell,

Defendant.

CASE NUMBER: 2:07CV804-MHT

I, Zackary L. Riley, #251832 declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to part 2)
   If "Yes," state the place of your incarceration Donaldson Corr. Fac.
   Are you employed at this institution? No   Do you receive any payment from the Institution? No
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your last employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. Last employment, 6-11-0 $500.00 weekly.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☒ Yes    ☐ No
   f. Any other sources    ☐ Yes    ☒ No

   If the answer to any of the above "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

SCANNED

4. Do you have **any** cash or checking or savings accounts?    ☒ Yes    ☐ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.    N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.    N/A

I declare under penalty of perjury that the above information is true and correct.

8-24-07
_____
Date

Zackary L. Riley, 251832
_____
Signature of Applicant

Zackary L. Riley, 251832.

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# FINANCIAL STATEMENT OF INMATE'S PRISON ACCOUNT

I certify that according to the records on file in this institution, the Figures set out below are the approximate average daily balances in the Account of inmate ___Zackary J. Riley___
(NAME)

for the previous six months.

| Month | Balance |
|-------|---------|
| 1. | $40.03 *(emc)* |
| 2. | |
| 3. | |
| 4. | COPY FOR COURT |
| 5. | ATTACHED |
| 6. | |

___Ebony Coleman, Account Clerk___
Authorized Officer of the Institution

___24 August 2007___
Date

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL THIS __24__ DAY OF __August__, __2007__.

___Patricia H. Parsons___
NOTARY PUBLIC

MY COMMISSION EXPIRES: __5/31/2008__

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                W.E. DONALDSON CORR. FACILITY


AIS #: 251832    NAME: RILEY, ZACKARY LADON      AS OF: 08/24/2007

                    # OF      AVG DAILY       MONTHLY
         MONTH      DAYS      BALANCE         DEPOSITS
         ------------------------------------------------

         AUG        7         $0.00           $0.00
         SEP        30        $0.00           $0.00
         OCT        31        $0.00           $0.00
         NOV        30        $0.00           $0.00
         DEC        31        $0.00           $0.00
         JAN        31        $0.00           $0.00
         FEB        28        $0.00           $0.00
         MAR        31        $0.00           $0.00
         APR        30        $0.00           $0.00
         MAY        31        $0.00           $0.00
         JUN        30        $0.00           $0.00
         JUL        31        $5.69           $60.47
         AUG        24        $16.88          $60.00
```

**COURT COPY**

| State of Alabama Unified Judicial System | AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER | Case Number |
|---|---|---|
| Form C-10   Rev 6/88 | | |

IN THE **U.S. District** COURT OF **The Middle District**

Plaintiff/State **Zackary Riley** v. Defendant **Warden Revere/A**

IN THE MATTER OF:

TYPE OF PROCEEDING: **Civil Rights** CHARGE: **N/A**

[✓] CIVIL CASE — I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

[ ] CIVIL CASE (such as paternity, support, termination of parental rights) — I request an attorney be appointed for me.

[ ] CRIMINAL CASE — I am financially unable to hire an attorney and request that the Court appoint one for me.

### AFFIDAVIT

**INCOME/EMPLOYMENT**

A. Do you have a job or work for yourself?  ___Yes ✓No
   Employer's name and address __N/A__

B. How much money do you take home each week?  $ __N/A__
   If unemployed, give month and year of last employment and amount earned per month **Last Employed 6-11-02**  $ **500.00**

C. Does your husband or wife have a job?  ___Yes ✓No
   Employer's name and address __N/A__
   How much money does he/she take home each week?  $ __N/A__

D. Do you receive money or benefits from any other source?  ___Yes ✓No
   (Example: retirement pay, social security, workmen's compensation, unemployment compensation, food stamps, rent payments, interest, dividends, etc.)
   How much do you receive each month?  $ __N/A__

**ASSETS**

A. Do you have any money in any bank, savings and loan, credit union, or any other place, including cash on hand?  ✓Yes ___No
   Where? **Prison Account**   How much? $ **40.03**

B. Do you own anything else of value? (Land, house, boat, television, stereo, jewelry, car, truck, van, stocks, bonds, etc.)  ___Yes ✓No
   What? __N/A__
   Total Value $ ____

**DEPENDENTS**

A. Are you: ✓Single ___Married ___Widowed ___Divorced ___Separated?

B. Do you have any dependents?  ___Yes ✓No
   Who and what relationship? __N/A__

*RECEIVED 2007 SEP -7 A 9:39 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA*

What does it cost you to live each month?                                                            $ __N/A__

| | Creditor | Total Debt | Monthly Payment |
|---|---|---|---|
| D | Loans | N/A | N/A |
| E | Charge Accounts | N/A | N/A |
| B | House or rent payments | N/A | N/A |
| T | Alimony | N/A | N/A |
| S | Support | N/A | N/A |
| | Car payment | N/A | N/A |
| | Groceries | N/A | N/A |
| | Utilities | N/A | N/A |
| | | N/A | N/A |

In support of this request, I have answered the above questions relating to my ability to pay. I swear that these answers are true and reflect my present financial status. I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

I further understand and acknowledge that if the Court appoints an attorney to represent me, the Court may require me to pay the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

__4TH__ day of __SEPTEMBER__, __2007__                              __Zackary Riley__
__James A. Beachem__                                                                Affiant Signature
Judge/Notary
My Commission Expires
9-25-2008

## ORDER

IT IS ORDERED THAT THE FOREGOING REQUEST BE:

☐ GRANTED                    ☐ DENIED

APPOINTMENT OF ATTORNEY:

IT IS THEREFORE, ORDERED AND ADJUDGED BY THE COURT THAT _____

_____ Attorney at Law, be and is hereby appointed as counsel to represent, assist and defend in this (these) case(s).

It is further ordered that the Court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the Court and paid to the appointed counsel.

DONE this _____ day of _____, 19____

                                                                                    _____
                                                                                    Judge