IN THE UNITED STATES
DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Zackary L. Riley, 251832,

Plaintiff,

v.

Warden Rowell,

Defendant.

Case No.:
2:07-CV-804-MHT
(WO)

## MOTION FOR APPOINTMENT OF COUNSEL

Comes now the Plaintiff in the above-styled cause respectfully files his Motion for Appointment Of Counsel pursuant to the Rules Of Federal Civil Procedure, as the following shows:

1. That, the Plaintiff is proceeding in this Honorable Court as an indigent pro se pauper with the Assistance of a Law Clerk in the preparation of the instant Motion.

1.

2. That, the Plaintiff is currently housed in the Donaldson Intensive Psychiatric Stabilization Unit.

3. That, Plaintiff is seriously mentally ill and ignorant to all aspects of the law and procedures, he is substantially unable to act pro se in this cause, minus trained Counsel.

WHEREFORE, THE ABOVESAID PREMISES CONSIDERED, the Plaintiff respectfully moves this Honorable Court to grant the instant Motion for Appointment of Counsel, for the purpose of providing adequate representation, in this cause, clearly for good cause shown.

Done this ___ day of ___, 2007.

Zackary L. Riley, #251832
Donaldson Corr. Fac., 100
Warrior Lane, Bess. Al.
35023.

2.

## Certificate Of Service

I hereby certify that I have this ____ day of _____, 2007, served a copy of the foregoing upon Counsel for the Defendant by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed as follows:

## OF COUNSEL:

J. Matt Bledsoe,
Assistant Attorney General,
11 South Union Street,
Mont. Al. 36130.

---

Plaintiff's Address:
Zachary L. Riley, 251832,
Donaldson Corr. Fac., 100
Warrior Lane, Bess. Al.
35023.

Zachary L. Riley
pro se

3.

