IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZACKARY L. RILEY, # 251832, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07cv804-MHT |
| | )   (WO) |
| WARDEN ROWELL, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on October 31, 2007 (doc. no. 7), said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED without prejudice for plaintiff's failure to comply with the orders of this court.

Costs are TAXED against plaintiff, for which execution may issue.

DONE, this the 28th day of November, 2007.


　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE