```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003736
Cashier ID: khaynes
Transaction Date: 02/05/2008
Payer Name:  DONALDSON CORRECTIONAL FACILI
------------------------------------
PLRA CIVIL FILING FEE
 For: ZACKARY L. RILEY
 Case/Party: D-ALM-2-07-CV-000804-001
 Amount:         $24.00
------------------------------------
CHECK
 Check/Money Order Num: 15114
 Amt Tendered:  $24.00
------------------------------------
Total Due:      $24.00
Total Tendered: $24.00
Change Amt:     $0.00
```