```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004137
Cashier ID: brobinso
Transaction Date: 03/03/2008
Payer Name:  DONALDSON CORRECTIONAL FACILI
--------------------------------------
PLRA CIVIL FILING FEE
 For: ZACKARY L RILEY
 Case/Party: D-ALM-2-07-CV-000804-001
 Amount:         $12.00
--------------------------------------
CHECK
 Check/Money Order Num: 15165
 Amt Tendered:  $12.00
--------------------------------------
Total Due:      $12.00
Total Tendered: $12.00
Change Amt:     $0.00
```