```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004518
Cashier ID: brobinso
Transaction Date: 04/02/2008
Payer Name: DONALDSON CORRECTIONAL FACILI
-----------------------------------------
PLRA CIVIL FILING FEE
 For: ZACKARY LADON RILEY
 Case/Party: D-ALM-2-07-CV-000804-001
 Amount:         $12.00
-----------------------------------------
CHECK
 Check/Money Order Num: 15222
 Amt Tendered: $12.00
-----------------------------------------
Total Due:       $12.00
Total Tendered:  $12.00
Change Amt:      $0.00
```