```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004937
Cashier ID: khaynes
Transaction Date: 05/02/2008
Payer Name: DONALDSON CORRECTIONAL FACILI
-----------------------------------
PLRA CIVIL FILING FEE
 For: ZACKARY L RILEY
 Case/Party: D-ALM-2-07-CV-000804-001
 Amount:         $12.00
-----------------------------------
CHECK
 Check/Money Order Num: 15285
 Amt Tendered:   $12.00
-----------------------------------
Total Due:       $12.00
Total Tendered:  $12.00
Change Amt:       $0.00
```