```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005369
Cashier ID: brobinso
Transaction Date: 06/04/2008
Payer Name:  DONALDSON CORRECTIONAL FACILI
------------------------------------------
PLRA CIVIL FILING FEE
 For: ZACKARY LADON RILEY
 Case/Party: D-ALM-2-07-CV-000804-001
 Amount:         $12.00
------------------------------------------
CHECK
 Check/Money Order Num: 15341
 Amt Tendered:  $12.00
------------------------------------------
Total Due:      $12.00
Total Tendered: $12.00
Change Amt:     $0.00
```