```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005666
Cashier ID: brobinso
Transaction Date: 07/01/2008
Payer Name: DONALDSON CORRECTIONAL FACILI
-------------------------------------
PLRA CIVIL FILING FEE
 For: ZACKARY RILEY
 Case/Party: D-ALM-2-07-CV-000804-001
 Amount:        $12.00
-------------------------------------
CHECK
 Check/Money Order Num: 15405
 Amt Tendered:  $12.00
-------------------------------------
Total Due:      $12.00
Total Tendered: $12.00
Change Amt:     $0.00
```