```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005993
Cashier ID: christin
Transaction Date: 08/04/2008
Payer Name: DONALDSON CORRECTIONAL FACILI
------------------------------------
PLRA CIVIL FILING FEE
 For: ZACKARY LADON RILEY
 Case/Party: D-ALM-2-07-CV-000804-001
 Amount:         $12.00
------------------------------------
CHECK
 Remitter: WM E DONALDSON CORRECTIONAL
 Check/Money Order Num: 15442
 Amt Tendered: $12.00
------------------------------------
Total Due:       $12.00
Total Tendered: $12.00
Change Amt:      $0.00
```