```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006344
Cashier ID: khaynes
Transaction Date: 09/04/2008
Payer Name: DONALDSON CORRECTIONAL FACILI
-----------------------------------------
PLRA CIVIL FILING FEE
 For: ZACKARY L RILEY
 Case/Party: D-ALM-2-07-CV-000804-001
 Amount:         $18.00
-----------------------------------------
CHECK
 Check/Money Order Num: 15497
 Amt Tendered:  $18.00
-----------------------------------------
Total Due:      $18.00
Total Tendered: $18.00
Change Amt:      $0.00
```